# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>            Plaintiff,<br><br>     v.<br><br>JACK E. REYNOLDS, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-00383 NONE JLT<br><br>ORDER GRANTING STIPULATION FOR THE DEFENDANTS TO HAVE ADDITIONAL TIME TO RESPOND TO THE COMPLAINT<br>(Doc. 7) |

The parties have stipulated to allow the defendants additional time to respond to the complaint because defense counsel has only recently been retained (Doc. 7). Thus, the Court **GRANTS** the stipulation and **ORDERS**:

1.   The defendants SHALL respond to the complaint no later than May 15, 2020.

IT IS SO ORDERED.

Dated:   **April 16, 2020**                             **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE