**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Suzanne Na Pier,<br><br>        Plaintiff,<br>    vs.<br>Jack E. Reynolds, et al.,<br><br>        Defendants. | Case No.  1:20-cv-00383-NONE-JLT<br><br>[~~Proposed~~] Second Order to Extend Time to Respond to Initial Complaint By More Than 28 Days<br>(Doc. 9) |

Based upon the stipulation of counsel, the Court ORDERS that the defendants SHALL respond to the complaint not later than June 9, 2020. The Court does not anticipate granting a third extension.

IT IS SO ORDERED.

    Dated:   **May 12, 2020**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE