**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE NA PIER, <br><br>        Plaintiff, <br>    vs. <br><br> JACK E. REYNOLDS, et al., <br><br>        Defendants. | Case No.  1:20-cv-00383-NONE-JLT <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE CASE <br> (Doc. 12) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 12) Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing this action and to close this case.

IT IS SO ORDERED.

    Dated:   **June 7, 2020**                        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE